Richard L. Williams, complainant and appellee, v. Charles S. Williston, trustee, et al., defendants, on appeal of Alexander W. Marmor, appellant. Gen. No. 29,290.

Foreclosure suit. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded with directions. Opinion filed March 3, 1925. Rehearing denied March 16, 1925.

William Slack and Abram E. Adelman, for appellant. Slottow & Leviton, for appellee; Charles Leviton, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Regina Boer, plaintiff in error, v. Albert Revesz and Emery Szoeke, defendants in error. Gen. No. 29,454.

Assumpsit for money due. Dismissed for want of prosecution. Error to the Municipal Court of Chicago; the Hon. J. Fred Gilster, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed March 3, 1925.

Fassett, Abbott & Hughes, for plaintiff in error; John E. Hughes, of counsel. Lester L. Bauer, for defendants in error.

Mr. Justice Gridley delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Margaret A. Flynn, appellee, v. Francis X. Busch et al., appellants. Gen. No. 29,484.

Mandamus to compel payment to petitioner of a certain sum from the Firemen's Pension Fund. Writ issued. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded with directions. Opinion filed March 3, 1925.

Francis X. Busch, Corporation Counsel, for appellants; Albert H. Veeder, Assistant Corporation Counsel, of counsel. Michael F. Girten, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Dominick Gavigan, appellee, v. Charles R. Gold, appellant. Gen. No. 29,489.

Action for damages for personal injuries sustained in an automobile accident. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Emanuel Eller, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed March 3, 1925. Rehearing denied March 16, 1925.

Alfred Roy Hulbert, for appellant. James C. McShane, for appellee.

Mr. Justice Gridley delivered the opinion of the court.